## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN RILEY,<br><br>            Plaintiff,<br><br>v.<br><br>HILL INTERNATIONAL, INC., et al.,<br><br>            Defendants. | Civil Action No. 1:22-cv-08983-AKH<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Sean Riley ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: April 18, 2023

                                                **ROWLEY LAW PLLC**

                                                *S/ Shane T. Rowley*
                                                Shane T. Rowley (SR-0740)
                                                Danielle Rowland Lindahl
                                                50 Main Street, Suite 1000
                                                White Plains, NY 10606
                                                Tel: (914) 400-1920
                                                Fax: (914) 301-3514
                                                Email: srowley@rowleylawpllc.com
                                                Email: drl@rowleylawpllc.com

                                                *Attorneys for Plaintiff*